450 A.2d 200

Commonwealth v. Weiers, III, Appellant.

Submitted October 27, 1981. Richard H. Galloway, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.